UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ESTATE OF EDWARD DEEGAN )<br>)<br>By )<br>)<br>RICHARD P. DEEGAN, IN HIS )<br>CAPACITY AS ADMINISTRATOR )<br>OF THE ESTATE OF EDWARD )<br>DEEGAN )<br>)<br>PLAINTIFFS )<br>)<br>V. )<br>)<br>UNITED STATES OF AMERICA )<br>ESTATE OF H. PAUL RICO, )<br>DENNIS CONDON, )<br>VINCENT JAMES FLEMMI, )<br>JOSEPH BARBOZA, )<br>JOHN DOES, NO. 1-25 )  | CIVIL ACTION NO.: 04CV11984WGY |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Richard P. Deegan hereby requests that all claims against the Defendant be hereby dismissed, without costs or attorneys' fees to any party, and waiving all rights of appeal.

Respectfully submitted,

Richard P. Deegan
By his attorneys,

Jeffrey A. Denner BBO#120520
Carol A. Fitzsimmons BBO#561353
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800

DATED: July ___, 2005